| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Northern District of Texas |
| (State) |
| Case number (If known): _____ Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Automotive Parts Distribution International, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   26 – 1648135

4. **Debtor's address**

   **Principal place of business**

   3000 East Pioneer Parkway
   Number    Street

   Suite 160

   Arlington, TX  76010
   City              State    ZIP Code

   Tarrant
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City              State    ZIP Code

5. **Debtor's website (URL)**

   www.apdius.com

| Debtor | <u>Automotive Parts Distribution International, LLC</u> | Case number (if known)_____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4  2  3  1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **Automotive Parts Distribution International, LLC**         Case number *(if known)*_____
          Name

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When __/__/____  Case number _____
                      MM / DD / YYYY

       District _____  When __/__/____  Case number _____
                      MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When
                                      MM / DD / YYYY

       Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                    Number    Street

                 _____

                 City                        State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

---

Debtor     Automotive Parts Distribution International, LLC          Case number (if known)_____
           Name

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2021
            MM / DD /YYYY

✗ _Kevin O'Connor_                        Kevin O'Connor
Signature of authorized representative of debtor     Printed name

Title  CEO

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

| Debtor | Automotive Parts Distribution International, LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**          ✗ _~~signature~~_                    Date   07 / 21 / 2021

Signature of attorney for debtor                                              MM / DD / YYYY

Rakhee V. Patel
Printed name

Winstead PC
Firm name

500 Winstead Building, 2728 N. Harwood Street
Number          Street

Dallas                                      TX          75201
City                                        State        ZIP Code

214-745-5400                                rpatel@winstead.com
Contact phone                               Email address

00797213                                    TX
Bar number                                  State

**RESOLUTIONS OF FRUITAGE INTERNATIONAL CO., LTD., AS SOLE MEMBER OF AUTOMOTIVE PARTS DISTRIBUTION INTERNATIONAL, LLC**

Dated this 28 day of June , 2021

Windsor (Wen-Chung) Wong, not individually but in his representative capacity as Corporate Principal of FRUITAGE INTERNATIONAL CO, LTD, a Belize corporation ("Fruitage"), the sole Member of AUTOMOTIVE PARTS DISTRIBUTION INTERNATIONAL, LLC, a Delaware limited liability company ("APDI"), hereby adopts the following resolutions by written action for the sole purpose of preparing to file 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") commencing a chapter 11 case of APDI (the "Chapter 11 Case") chapter:

**WHEREAS,** I have engaged in numerous and extensive discussions with the management, financial and legal advisors of Fruitage and APDI regarding the assets and liabilities of APDI and the strategic alternatives available to APDI, including the filing and confirmation of a plan of reorganization and/or the sale of its assets in the Chapter 11 Case;

**WHEREAS,** I have determined that taking the actions set forth below are advisable and in the best interests of APDI and, therefore, Fruitage, and therefore desire to approve the following resolutions:

**RESOLVED,** that in order to effect the reorganization of APDI's finances and/or facilitate the sale of ADPI's assets in a manner which will protect the interests of all of ADPI's stakeholders, APDI shall file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") commencing a chapter 11 case of APDI (the "Chapter 11 Case");

**FURTHER RESOLVED,** that each the officers and mangers of APDI as may be employed or appointed from time to time, including without limitation Kevin O'Connor (the "Authorized Persons"), be, and they hereby are, authorized, empowered, and directed to execute and file, or cause to be filed, with the bankruptcy court, for APDI all petitions, schedules, lists, motions, applications, pleadings and any other necessary papers or documents, including any amendments thereto, and to take any and all action and perform any and all further deeds that they deem necessary or proper to obtain chapter 11 bankruptcy relief or in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

**FURTHER RESOLVED,** that as part of and during the course of the Chapter 11 Case, and pursuant to such orders as may be entered by the Bankruptcy Court in the Chapter 11 Case, ADPI is authorized to, and shall, sell all or substantially all of its assets to such party or parties as the Bankruptcy Court shall approve as buyer of such assets;

1

**FURTHER RESOLVED,** that as part of and during the course of the Chapter 11 Case, and pursuant to such orders as may be entered by the Bankruptcy Court in the Chapter 11 Case, ADPI is authorized to, and shall, borrow such funds from such lender or lenders and on such terms as may be desirable and necessary in the judgment of the Authorized Persons, and as may be approved by the Bankruptcy Court, to ensure the continued operations and viability of APDI prior to the sale of APDI's assets and as may be necessary for APDI to carry out its duties under the Bankruptcy Code;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ the law firm of Ice Miller LLP as general bankruptcy counsel to represent and advise APDI in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the Chapter 11 Case; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Ice Miller LLP;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ such other legal and financial advisors as the Authorized Persons shall determine to be desirable and necessary, or as otherwise directed by the Bankruptcy Court (collectively, the "Additional Professionals"), to represent and assist APDI in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the Chapter 11 Case; and, in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of such Additional Professionals;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of APDI, to prosecute the Chapter 11 Case in a manner that in their business judgment is likely to maximize the recovery for stakeholders in APDI and minimize the obligations incurred by APDI;

**FURTHER RESOLVED,** that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of APDI, to cause APDI to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, certificates or other documents, and to take such other action, as in the judgment of such person shall be or become necessary, proper, and desirable to prosecute to a successful completion the Chapter

2

𝒲.

11 Case, including, but not limited to, implementing the foregoing resolutions and the transactions contemplated by these resolutions;

**FURTHER RESOLVED,** that Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of APDI, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name and on behalf of APDI, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

[Signature on following page]

**IN WITNESS WHEREOF,** I have signed this written action as of the date hereof.

FRUITAGE INTERNATIONAL CO, LTD, a Belize
corporation, the sole Member of AUTOMOTIVE
PARTS DISTRIBUTION INTERNATIONAL, LLC, a
Delaware limited liability company

By _W. C. W. on_
    Windsor (Wen-Chung) Wong

Title _President_

Date _28/06/2021_

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **AUTOMOTIVE PARTS** | § | **CASE NO. _____** |
| **DISTRIBUTION INTERNATIONAL,** | § | |
| **LLC**[1], | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | | |

## DISCLOSURE OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Automotive Parts Distribution International, LLC's member shares are wholly-owned by Fruitage International Co., Ltd., a Belize corporation ("Fruitage").  The shares of Fruitage are wholly-owned by Enterex International Limited, a corporation and existing under the laws of the Cayman Islands ("Enterex"), and whose shares are publicly traded on the Taiwan Stock Exchange (TWSE). Fruitage International Co., Ltd.'s address is 5, Lane 796 Ming-Sheng Road, Taoyuan 330, Taiwan.

---

[1] The last four digits of the Debtor's federal tax identification number are 8135.  The Debtor's address is 3000 E. Pioneer Pkwy., Arlington, TX  76010.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **AUTOMOTIVE PARTS** | § | **CASE NO. _____** |
| **DISTRIBUTION INTERNATIONAL,** | § | |
| **LLC**[1]**,** | § | **CHAPTER 11** |
| | § | |
| **DEBTOR.** | | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Automotive Parts Distribution International, LLC's member shares are wholly-owned by Fruitage International Co., Ltd., a Belize corporation ("<u>Fruitage</u>").  The shares of Fruitage are wholly-owned by Enterex International Limited, a corporation and existing under the laws of the Cayman Islands ("<u>Enterex</u>"), and whose shares are publicly traded on the Taiwan Stock Exchange (TWSE).

---

[1] The last four digits of the Debtor's federal tax identification number are 8135.  The Debtor's address is 3000 E. Pioneer Pkwy., Arlington, TX  76010.

---

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor _____       Case number *(if known)*_____
              Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Automotive Parts Distribution International, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑  Other document that requires a declaration     Corporate Ownership Statement and Disclosure of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/12/2021     x  *Kevin O'Connor*
_____
Signature of individual signing on behalf of debtor

Kevin O'Connor
Printed name

*CEO*
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

ACA Team LLC
Attn. Carl Nulsen
3005 E. Abram St., Suite A
Arlington, TX  76010


Agility Auto Parts Inc.
Attn. Rick Calagoure
1010 Polytek Street, Unit 19
Ottawa, Ontario  K1J9J1
CANADA


Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353


ATT
PO Box 105414
Atlanta, GA  30348-5414


ATT
PO Box 6463
Carol Stream, IL 60197-6463


Caine and Weiner Co, Inc.
c/o Shenzhen U-Man Industrial Co, Ltd.
5805 Sepulveda Blvd, Fl. 4
Sherman Oaks, CA  91411-2532


Central AutoParts LLC
Attn. Kalli Sun
33 N. LaSalle St, Suite 2030
Chicago, IL  60602


Central Freight Lines
DEPT 42042
PO Box 650823
Dallas, TX  75265-0823


Charles Pontecorvo
218 Randolph Rd
Middletown, CT  06457

Chase-N-Sales
14168 Golfview
Livonia, MI  48154


Chris Kouri and Associates
1200 North Jefferson St, Suite K
Anaheim, CA  925807


Crown Packaging Corp.
Attn. Dana McKamely
PO Box 17806M
St. Louis, MO  63195


CSF Inc.
2941 N. Locust Ave
Rialto, CA  92377


D.I.F. Inc.
Attn. Maxine Ouyang
301 Byers Avenue
Euless, TX  76039


DataPoint Inc.
28520 SE Church Rd
Boring, OR  97009


Daylight Transport, LLC
Attn. Judy Kahl
PO Box 93155
Long Beach, CA  90809


DYE LIH TECHNOLOGY CO., LTD
Attn. David Wu
No. 188 Ln. 552, Fuping Rd.
Guanyin Dist.
Taoyuan City 328, TAIWAN


Echo Global Logistics Inc.
c/o Accounts Receivable
22168 Network Place
Chicago, IL  60673-1221

Enterex America LLC
2046 Boston Post Road
Westbrook, CT  06498


ESTES Express Lines
Attn. Leah Llamido
PO Box 105160
Atlanta, GA  30348-5160


Evergreen Sales Group, Inc
18915 142nd Ave. NW, Suite 145
Woodinville, WA  98072


FEDEX Freight
Attn. Jennifer Liles
PO Box 223125
Pittsburgh, PA  15251-2125


Fruitage International Co., LTD.
Attn. Diane Shen
5, Lane 796 Ming-Sheng Road
Taoyuan 330, TAIWAN


Gantt-Thomas and Associates Inc.
3003 E. Chestnutt Expressway, Ste 250
Springfield, MO  65803


Glazier Sales
Attn. Mike Glazier
18344 N 93rd Way
Scottsdale, AZ  85255


Green Mountain Energy
Dept. 1233
PO Box 121233
Dallas, TX 75312-1233


Guang Dong Commercial Trading
Attn. Roberto Mancin
For TechRad Automotive Thermal Systems

111-115 WUYANG XINCHENG SQ, SHIYOUXIN RD
GUANGZHOU 510600, CHINA


Hecny Transportation, Inc.
19550 S. Dominguez Hills Dr.
Rancho Dominguez, CA  90220


Hercules Forwarding Inc.
7701 West 95th Street
Hickory Hills, IL  60457


Interface Security Systems LLC
8339 Solutions Center
Chicago, IL  60677-8003


Jiangsu Kaller Auto Parts Techn Co, LTD
Attn. Carrie Cheng
No. 218 Huaihe Road, Huaiyin District
Huanin City
Jiangsu Province, CHINA


Jiangyin HongYang Auto Cond Eq. Co, Ltd
Attn. Shirley Cao
Huacheng Road 3, Industry Area
Qingyang Town, Jiangyin
Jiangsu 214401, CHINA


John DeCampos
25 Walnut Terrace
Naugatuck, CT  06770


JYA Whole Century Industrial Co, LTD
Attn. Lisa
No. 111, Xuefu Rd., South Dist
Taichung City 402, TAIWAN


Kamps Inc.
Attn. Jason Davis
PO Box 675126
Detroit, MI  48267-5126

King Shing Industrial Co, LTD
Attn. Shining Ho
No. 3, Gongye 1st Rd., Pingzhen Dist.
Taoyuan City 32461, TAIWAN


Meridian Propane
PO Box 136847
Fort Worth, TX  76136


Mountain Movers
Transportation and Logistics
PO Box 1272
Grapevine, TX  76099


Nevins Sales
7900 Excelsior Blvd
Suite 104A
Hopkins, MN  55343-3467


Oak Cliff Office Products
1876 Lone Star Dr.
Dallas, TX  75212


P.R.O.S. Inc.
PO Box 101353
Fort Worth, TX  76185


Performance Radiator Pacific, LLC
PO Box 11224
Tacoma, WA  98411-0224


Pro-Reps Sales
Attn. Shane Brown
10639 Gordon Road
Spotsylvania, VA  22553


Qingdao Everbright Machinery Co, LTD
Attn. Anna
No. 40, Shangdong Road, Unit 1503
Qingdao 266071, CHINA

Raymond Leasing Corporation
c/o Account Receivable
PO Box 301590
Dallas, TX  75303-1590


RMDS
Attn. Scott Young
PO Box 102337
Atlanta, GA  30368


Saia Motor Freight Line, Inc.
PO Box 730532
Dallas, TX  75373-0532


Seth F. Johnson Sales, Inc
121 Boston Post Road
Sudbury, MA  01776


Shenzhen U-Man Industrial Co., Ltd.
Attn. Flower Xu
Suite 515, Maoyuan Bldg, Songyuan Rd
Shenzhen 518001, CHINA


Southwest International Freight
8189 S. Central Expressway
Dallas, TX  75241


Stride Staffing
Attn. Amy
PO Box 832920
Richardson, TX  75083-2920


System Concepts, Inc.
1702 Minters Chapel Rd, Suite 102
Grapevine, TX  76051


Thermal Solutions Mfg. Inc.
PO Box 776185
Chicago, IL  60677-6185


Truist Bank

2001 Ross Ave, Suite 2700
Dallas, TX 75201


UC Auto Parts Company LTD
Attn. Lynn Jiang
5th Floor, A9 Building
8 East Shengtai Road
Naning, CHINA


U.S. Road Freight
PO Box 9070
Witchita, KS  67277-0070


UPS
Lockbox 577
Carol Stream, IL  60132-0577


UT Freight Service USA Ltd.
156-15 146th Avenue, Suite 101
Jamaica, NY  11434


Verizon
PO Box 15043
Albany, NY 12212-5043


VWR International, Inc.
PO Box 501193
Indianapolis, IN  46250


YRC
Attn. Martha Talavera
PO Box 730375
Dallas, TX  75373-0375


Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1699


Office of the United States Attorney
3rd Floor, 1100 Commerce Street
Dallas, TX 75242-1699

Attorney General of the United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, D.C. 20530


Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548


Texas State Comptroller of Public Accts
Revenue Accounting Division-
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711


Texas Workforce Commission
TEC Building- Bankruptcy
101 East 15th Street
Austin, TX 78778

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **AUTOMOTIVE PARTS** | § | CHAPTER 11 |
| **DISTRIBUTION INTERNATIONAL,** | § | |
| **LLC**[1] | § | CASE NO. _____ (__) |
| Debtor. | | |

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list ( only one option may be selected per form):

     X    is the first mail matrix in this case.

           adds entities not listed on previously filed mailing list(s).

           changes or corrects name(s) and address(es) on previously filed mailing list(s).

           deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007. 1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

7/12/2021
_____
Date

_____
Signature of Attorney (if applicable)

Kevin O'Connor
_____
Signature of Debtor

_____
Debtor's Social Security *(last four digits only)* /Tax ID No.

_____
Signature of Joint Debtor (if applicable)

_____
Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

_____

[1] The last four digits of the Debtor's federal tax identification number are 8135. The Debtor's address is 3000 E. Pioneer Pkwy., Arlington, TX 76010.